PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Nebraska

UNITED STATES OF AMERICA

v.

Michael Reynard

Crim. No. 8:24CR00189

On 01/07/2010 the above named was placed on supervised release for 10 years. Mr. Reynard died on 10/29/2026. It is accordingly recommended that Mr. Reynard's supervision be formally terminated by the Court.

Respectfully submitted,

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of November, 2026.

*United States District Judge*